# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DA'QUAIN DAVIS

NO. 2025 KW 0289

**JUNE 30, 2025**

---

In Re:    Da'Quain Davis, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          24-1351.

---

**BEFORE:    PENZATO, WOLFE, AND FIELDS, JJ.**

   **WRIT DENIED.**    In the application filed with this court,
relator failed to clearly indicate the relief he is seeking. If
relator intends to seek mandamus relief for the district court's
failure to rule on a motion or review of the district court's
ruling on a motion, he should specifically request that relief and
identify how he believes the district court erred.

                         **AHP**
                         **EW**
                         **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT